**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:09cv262**


| | |
|---|---|
| **ROSE HANSEN,** *et al*., )<br><br>**Plaintiffs,** )<br><br>**vs.** )<br><br>**WACHOVIA CORPORATION,** *et al*. )<br><br>**Defendants.** ) | **O R D E R** |


**THIS MATTER** is before the Court on the Defendants' motions for admission of attorneys Howard Shapiro, Russell L. Hirschhorn, Nicole A. Eichberger, and Myron D. Rumeld as counsel *pro hac vice*.  [Docs. 69-72].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendants' motions [Docs. 69-72] are **ALLOWED**, and Howard Shapiro, Russell L. Hirschhorn, Nicole A. Eichberger, and Myron D. Rumeld are hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: July 10, 2009

Lacy H. Thornburg
United States District Judge