# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:09cv262

| | |
|---|---|
| **ROSE HANSEN**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **WACHOVIA CORPORATION**, *et al*. ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Plaintiff's motions for admission of attorneys Ellen M. Doyle and William T. Payne as counsel *pro hac vice*. [Docs. 76-77].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motions [Docs. 76-77] are **ALLOWED**, and Ellen M. Doyle and William T. Payne are hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: July 16, 2009

Lacy H. Thornburg
United States District Judge