IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:09cv262

| | |
|---|---|
| ROSE HANSEN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| WACHOVIA CORPORATION, *et al*. ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Plaintiff's motions for admission of attorneys Derek W. Loeser, Lynn Lincoln Sarko, Erin M. Riley, David S. Preminger, Michael I. Fistel, Jr., and Corey D. Holzer as counsel *pro hac vice*. [Docs. 80-85].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motions [Docs. 80-85] are **ALLOWED**, and Derek W. Loeser, Lynn Lincoln Sarko, Erin M. Riley, David S. Preminger, Michael I. Fistel, Jr., and Corey D. Holzer are hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: July 20, 2009

Lacy H. Thornburg
United States District Judge