# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:09cv262

| | |
|---|---|
| ROSE HANSEN, *et al.*,  )<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>WACHOVIA CORPORATION, *et al*.  )<br>)<br>Defendants.  )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's motions for admission of attorneys Ronald S. Kravitz and Karen H. Riebel as counsel *pro hac vice*. [Docs. 86 & 88].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motions [Docs. 86 & 88] are **ALLOWED**, and Ronald S. Kravitz and Karen H. Riebel are hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: July 20, 2009

*[signature]*

Lacy H. Thornburg
United States District Judge