# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:09cv262

| | |
|---|---|
| **ROSE HANSEN,** *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>**WACHOVIA CORPORATION,** *et al.* )<br>)<br>Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' motions for admission of attorneys Robert I. Harwood, Jeffrey M. Norton, Matthew M. Guiney, Mark C. Rifkin, and Theodore M. Lieverman as counsel *pro hac vice*. [Docs. 90, 91, 92, 93, 95].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiffs' motions [Docs. 90, 91, 92, 93, 95] are **ALLOWED**, and Robert I. Harwood, Jeffrey M. Norton, Matthew M. Guiney, Mark C. Rifkin, and Theodore M. Lieverman are hereby granted *pro hac vice* admission to the bar of this Court, payment of

the admission fee having been received by the Clerk of this Court for each attorney.

**IT IS SO ORDERED.**

Signed: July 22, 2009

Lacy H. Thornburg
United States District Judge