# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:09cv262

| | |
|---|---|
| ROSE HANSEN, *et al.*,  ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| WACHOVIA CORPORATION, *et al.* ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Plaintiffs' motion for admission of attorney Mark P. Kindall as counsel *pro hac vice*. [Doc. 103].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiffs' motion [Doc. 103] is **ALLOWED**, and Mark P. Kindall is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

Signed: September 21, 2009

Martin Reidinger
United States District Judge