IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:09cv262

| | |
|---|---|
| ROSE HANSEN, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>WACHOVIA CORPORATION, *et al*. )<br>)<br>Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' motion for admission of attorney Stephen J. Fearon, Jr. as counsel *pro hac vice*. [Doc. 107].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiffs' motion [Doc. 107] is **ALLOWED**, and Stephen J. Fearon, Jr. is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

Signed: September 24, 2009

Martin Reidinger
United States District Judge