IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**CIVIL CASE NO. 3:09cv262**

| | |
|---|---|
| IN RE WACHOVIA CORPORATION ERISA LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ALL ACTIONS ) ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on Plaintiff Todd A. Wright's motion for admission of attorney Jeffrey A. Berens as counsel *pro hac vice*. [Doc. 109].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion [Doc. 109] is **ALLOWED**, and Jeffrey A. Berens is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

Signed: October 7, 2009