# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:09cv262

| | |
|---|---|
| IN RE WACHOVIA CORPORATION ) | |
| ERISA LITIGATION ) | |
| ) | |
| ) | **O R D E R** |
| THIS DOCUMENT RELATES TO: ) | |
| ALL ACTIONS ) | |
| _____ ) | |

**THIS MATTER** is before the Court for the entry of an Amended Preliminary Scheduling Order.

The parties, through their respective local counsel, have advised the Court's chambers that the Defendants anticipate filing a consolidated motion to dismiss, and that the Plaintiffs intend to respond in one consolidated response. Because the parties have agreed to consolidate their pleadings, the Court finds that an extension of the previously ordered page limitations would be appropriate.

**IT IS, THEREFORE, ORDERED** that any brief filed in support of or in opposition to the Defendants' Motion to Dismiss may not exceed fifty (50) pages without prior Court approval. Briefs must be double spaced and in at least 14 point type. The reply brief shall not exceed twenty (20) pages in length and also shall be double spaced and in at least 14 point type.

Motions and briefs not in compliance with this Order are subject to being summarily stricken.

**IT IS SO ORDERED.**

Signed: October 15, 2009

Martin Reidinger
United States District Judge