# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:09cv262

| | |
|---|---|
| IN RE WACHOVIA CORPORATION ) | |
| ERISA LITIGATION ) | |
| ) | |
| ) | **O R D E R** |
| THIS DOCUMENT RELATES TO: ) | |
| ALL ACTIONS ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the motions of Plaintiffs Alan A. Hardman, Richard F. Dziak, and Jerry R. Kelley, Jr. for admission of attorneys Elizabeth A. Leland and Sarah H. Kimberly as counsel *pro hac vice*. [Docs. 121, 122].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motions [Docs. 121, 122] are **ALLOWED**, and Elizabeth A. Leland and Sarah H. Kimberly are hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fees having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge