# United States District Court
# For The Western District of North Carolina
# Charlotte Division

IN RE WACHOVIA CORPORATION
ERISA LITIGATION,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                            3:09CV262

THIS DOCUMENT RELATES TO:
ALL ACTIONS,

       Defendant(s).


DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 6, 2010 Order.


                                      Signed: August 6, 2010

Frank G. Johns, Clerk
United States District Court