UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| IN RE WACHOVIA CORPORATION ERISA LITIGATION | MASTER FILE: 3:09-CV-00262-MR |
|---|---|
| THIS DOCUMENT RELATES TO:<br>   All Actions | |

# PLAINTIFFS' MOTION FOR FINAL APPROVAL OF ERISA CLASS ACTION SETTLEMENT, FOR SETTLEMENT CLASS CERTIFICATION, AND FOR APPROVAL OF PLAN OF ALLOCATION

Plaintiffs David W. Allen, Robert M. Cominsky, Richard F. Dziak, Rose Hansen, Alan A. Hardman, Jerry R. Kelley, Jr., Denise A. Tuttle, and Todd A. Wright ("Plaintiffs" or "Named Plaintiffs"), by and through Class Counsel, respectfully move the Court for an Order granting final approval of the proposed Settlement and Plan of Allocation; and certification of the Settlement Class.

A copy of the Class Action Settlement Agreement ("Settlement Agreement") is attached as Exhibit A to the Declaration of Derek W. Loeser in Support of Plaintiffs' Motion for Final Approval of ERISA Class Action Settlement, for Settlement Class Certification, and for Approval of Plan of Allocation, and Class Counsel's Motion for Award of Attorneys' Fees and Expenses and Named Plaintiff Case Contribution Awards ("Loeser Declaration" or "Loeser Decl.") filed concurrently herewith.

The [Proposed] Order and Final Judgment is attached as Exhibit B to the Loeser Declaration.

1

WHEREFORE, Plaintiffs pray that the Court grant Plaintiffs' Motion for Final Approval of ERISA Class Action Settlement, for Settlement Class Certification, and for approval of Plan of Allocation.

Respectfully submitted this 12th day of July, 2011.

**KELLER ROHRBACK L.L.P.**

/s/   Derek W. Loeser
Lynn Lincoln Sarko (LS-3700)
lsarko@kellerrohrback.com
Derek W. Loeser (DL-6712)
dloeser@kellerrohrback.com
Erin M. Riley (ER-7673)
eriley@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone:  (206) 623-1900
Facsimile:  (206) 623-3384

*Class Counsel for the Settlement Class and Counsel for Plaintiffs Hardman, Dziak, and Kelley*

Wyatt & Blake, L.L.P.
James Wyatt
jwyatt@wyattlaw.net
Robert A. Blake, Jr.
rblake@wyattlaw.net
435 E. Morehead Street
Charlotte, NC  28202-2609
Telephone: (704) 331-0767
Facsimile:  (704) 331-0773

*Local Counsel for the Settlement Class*

**Additional Plaintiffs' Counsel:**

Holzer Holzer & Fistel, LLC
Michael I. Fistel, Jr.
Corey D. Holzer
Marshall P. Dees
1117 Perimeter Center West, Suite E-107
Atlanta, GA  30338
Telephone:  (770) 392-0090
Facsimile:  (770) 392-0029

Dyer & Berens, LLP
Jeffrey A. Berens
682 Grant Street
Denver, CO  80203
Telephone:  (303) 861-1764
Facsimile:  (303) 395-0393

**Counsel for Plaintiff Wright**

SQUITIERI & FEARON, LLP
Stephen J. Fearon, Jr.
32 East 57th Street
New York, NY  10022
Telephone:  (212) 421-6492
Facsimile:  (212) 421-6553

**Counsel for Plaintiff Allen**

Nobel Izard LLP
Mark Kindall
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT  06103
Telephone:  (860) 493-6292
Facsimile:  (860) 493-6290

**Counsel for Plaintiff Cominsky**

Spector Roseman
Kodroff & Willis, P.C.
Robert M. Roseman
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone:  (215) 496-0300
Facsimile:  (215) 496-6611

**Counsel for Plaintiff Hansen**

Liner Grode Stein Yankelevitz
Ronald S. Kravitz
199 Fremont Street, 20th Floor
San Francisco, CA  94105
Telephone:  (415) 489-7700
Facsimile:  (415) 489-7701

**Counsel for Plaintiff Tuttle**